COLONIAL SURETY CO.

v.

**REDEV. AUTH OF FAYETTE**

859 CD 2016

Commonwealth Court of Pennsylvania.

07/25/2017

Fayette County Civil Division, No. 206 of 2016

Affirmed

PUZZUTO, P.

v.

**UCBR**

1736 CD 2016

Commonwealth Court of Pennsylvania.

07/26/2017

Unemployment Compensation Board of Review, B–592516

Affirmed

**WOTRING, H.**

v.

**UCBR**

1551 CD 2016

Commonwealth Court of Pennsylvania.

07/26/2017

Unemployment Compensation Board of Review, B–591422

Affirmed

**PETRO CHOICE**

v.

**WCAB (ARENTZEN)**

1597 CD 2016

Commonwealth Court of Pennsylvania.

07/28/2017

Workers' Compensation Appeal Board, A16–0029

Affirmed